AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

KENNETH T. DEPUTY
Plaintiff

Sgt. Williams, Robert Young, Carolyn
Berger, Randy Holland and Jack Jacobs
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-265

I, Kenneth T. Deputy, declare that I am the (check appropriate box)

• • ~~Petitioner~~/Plaintiff/~~Movant~~    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • • No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration  D.C.C., Smyrna, DE 19977

    **Inmate Identification Number (Required):**  S.B.I # 00144606

    Are you employed at the institution? NO  Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • • Yes    • (No)

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. N/A

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    Woodshop 10/05 $30.00 monthly worked at D.C.C.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • | • (No) |
    | b. | Rent payments, interest or dividends | • • | • (No) |
    | c. | Pensions, annuities or life insurance payments | • • | • (No) |
    | d. | Disability or workers compensation payments | • • | • (No) |
    | e. | Gifts or inheritances | • • | • (No) |
    | f. | Any other sources | • (Yes) | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.
    $100.00 from family members for cosmetics unknown when I may receive anymore

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   •  Yes   • • No

   If "Yes" state the total amount $ 64.44

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes   •  No

   If "Yes" describe the property and state its value.   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

May 1, 2008                   *[signature]*
DATE                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __64.44__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __0__.

I further certify that during the past six months the applicant's average monthly balance was $ __113.50__ and the average monthly deposits were $ __47.50__.

__4/29/08__   __Stacy Shane__
Date         Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

**RECEIVED-DCC**

APR 29 2008

SUPPORT SERVICES MANAGER

## Certificate of Service

I, __Kenneth T. Deputy__, hereby certify that I have served a true and correct cop(ies) of the attached: __Civil Complaint filed pursuant to 42 U.S.C.A. § 1983__ upon the following parties, person(s):

TO: ~~[redacted]~~, clerk
U.S. District Court
lockbox 18
844 N. King Street
Wilmington, Delaware
19801

TO: U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue
Washington D.C.
20530-0001

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __1st__ day of __May__, 200__8__

_Kenneth T. Deputy_

I/M: KENNETH T. DEPUTY
SBI# 144666   UNIT D-WEST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK
U.S. DISTRICT COURT FOR DELAWARE
LOCKBOX 18
844 N. KING STREET
WILMINGTON, DELAWARE 19801



# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

.08-265

TO: _Kenneth Deputy_ SBI#: _144616_

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   _April 29, 2008_

---

Attached are copies of your inmate account statement for the months of _October 1, 2007_ to _March 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 123.37 |
| Nov | 102.65 |
| Dec | 103.93 |
| Jan | 111.07 |
| Feb | 133.84 |
| March | 106.18 |

Average daily balances/6 months: _113.50_

Attachments
CC: File

_Stacy Shane_
4/29/08

_Jeanette Roberts_
4/29/08

# Individual Statement
## From October 2007 to December 2007

Date Printed: 4/29/2008  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00144616 | Deputy | Kenneth | | | Beginning Month Balance: | $152.21 |
| Current Location: | D/W | | | Comments: | Ending Month Balance: | $77.52 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/2/2007 | ($14.40) | $0.00 | $0.00 | $137.81 | 494160 | | | |
| Canteen | 10/16/2007 | ($27.76) | $0.00 | $0.00 | $110.05 | 500593 | | | |
| Canteen | 10/30/2007 | ($8.92) | $0.00 | $0.00 | $101.13 | 506811 | | | |
| Canteen | 11/13/2007 | ($25.57) | $0.00 | $0.00 | $75.56 | 513572 | | | |
| Visit | 11/19/2007 | $50.00 | $0.00 | $0.00 | $125.56 | 515285 | 5689608263 | | D DEPUTY |
| Canteen | 11/27/2007 | ($23.55) | $0.00 | $0.00 | $102.01 | 518570 | | | |
| Mail | 12/3/2007 | $40.00 | $0.00 | $0.00 | $142.01 | 522503 | 9269014611 | | UNK |
| Canteen | 12/11/2007 | ($45.97) | $0.00 | $0.00 | $96.04 | 525577 | | | |
| Medical | 12/20/2007 | $0.00 | ($4.00) | $0.00 | $96.04 | 530948 | | 12/19/07 | |
| Medical | 12/20/2007 | ($4.00) | $0.00 | $0.00 | $92.04 | 531039 | | 12/19/07 | |
| Canteen | 12/26/2007 | ($14.52) | $0.00 | $0.00 | $77.52 | 532724 | | | |

Ending Month Balance: $77.52

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Date Printed: 4/29/2008

**Individual Statement**
**From January 2008 to March 2008**

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00144616 | Deputy | Kenneth | | | Beginning Month Balance: | $77.52 |
| Current Location: | D/W | | Comments: | | Ending Month Balance: | $64.44 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/8/2008 | ($26.49) | $0.00 | $0.00 | $51.03 | 538793 | | | |
| Mail | 1/15/2008 | $100.00 | $0.00 | $0.00 | $151.03 | 542654 | 1179724528 | | T DEPUTY |
| Visit | 1/22/2008 | $20.00 | $0.00 | $0.00 | $171.03 | 544549 | 9266026848-09779 | | T COLE |
| Canteen | 1/22/2008 | ($27.42) | $0.00 | $0.00 | $143.61 | 545116 | | | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($2.16) | $143.61 | 545928 | | 1/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.99) | $143.61 | 548165 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.99) | $143.61 | 548220 | | 12/4/08 | |
| Mail | 1/30/2008 | $25.00 | $0.00 | $0.00 | $168.61 | 548544 | 08824390492 | | P FREEMAN |
| Supplies-MailPosta | 2/1/2008 | ($2.16) | $0.00 | $0.00 | $166.45 | 550828 | | 1/08 | |
| Supplies-MailPosta | 2/1/2008 | ($1.99) | $0.00 | $0.00 | $164.46 | 550903 | | 1/4/08 | |
| Supplies-MailPosta | 2/1/2008 | ($1.99) | $0.00 | $0.00 | $162.47 | 550938 | | 12/4/08 | |
| Canteen | 2/5/2008 | ($21.45) | $0.00 | $0.00 | $141.02 | 552197 | | | |
| Canteen | 2/19/2008 | ($21.22) | $0.00 | $0.00 | $119.80 | 558763 | | | |
| Canteen | 2/27/2008 | ($20.23) | $0.00 | $0.00 | $99.57 | 561825 | | | |
| Mail | 3/3/2008 | $50.00 | $0.00 | $0.00 | $149.57 | 564341 | 5747272182 | | F WILMER |
| Canteen | 3/5/2008 | ($10.02) | $0.00 | $0.00 | $139.55 | 566157 | | | |
| Canteen | 3/12/2008 | ($17.83) | $0.00 | $0.00 | $121.72 | 569058 | | | |
| Canteen | 3/19/2008 | ($39.18) | $0.00 | $0.00 | $82.54 | 572218 | | | |
| Canteen | 3/26/2008 | ($18.10) | $0.00 | $0.00 | $64.44 | 575629 | | | |

Ending Month Balance: $64.44

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00