TO:
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

FROM: KENNETH T. DEPUTY
S.B.I.# 00144616-D-WEST
D.C.C.
1181 PADDOCK ROAD
SMYRNA, DE 19977

Date: May 11, 2008

RE: FILING OF CIVIL COMPLAINT REQUEST FOR COPY OF COURT DOCKET AND NAME OF ASSIGNED JUDGE

CA 08-265 UNA

FILED
MAY 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Court Clerk,

I filed a civil complaint on or about May 1, 2008. I am writing to get confirmation that it was received by the Court, by way of forwarding me a copy of a Court Docket sheet at your convience.

Sincerely
Kenneth T Deputy

I/M Kenneth T. Deputy
SBI# 144616   UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
12 MAY 2008 PM 1 T

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-3570