OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TO: PETER T. DALLEO
Clerk of Court

RE: DEPUTY v WILLIAMS et al, DEMAND AND OR REQUEST FOR JURY TRIAL

<u>MOTION TO AMEND FOR JURY TRIAL</u>

Dear Court Clerk,
 Upon receiving and reviewing the Court docket in above captioned matter it read <u>Jury Demand=None</u>. I do demand that this matter be heard by a Jury Trial. So please make the necessary correction and or accept this letter as motion to amend to reflect my request for Jury demand. If you do not accept this as official request for Jury Trial please let me know, what I need to do to make my request for jury request known to this Court. Again I am requesting and or demanding a Jury Trial due largely in part to the widespread misconduct by Court officials, and my mistrust of the Delaware Court Judicial system. Please accept this amendment for Jury demand. Sir your assistance to this motion will be greatly appreciated.

Respectfully
Submitted

Kenneth T. Deputy

Date: May 14, 2008



IM Kenneth F. Deputy
SBI# 144646   UNIT D-West B-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 MAY 2008 PM 2 T

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570


