OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 King Street, Lockbox 18
Wilmington, Delaware 19801-3570

DEPUTY J. WILLIAMS et al,
   Civ. No. 08-265-SLR

RE: HAVING FILED MOTION FOR RECUSAL OF THE HONORABLE
    SUE L. ROBINSON

TO: Court Clerk,
   I am writing to inquire as to the filing of my motion for Recusal that was filed with the Court motion dated May 17, 2008. I would like to know whether a hearing is or has been scheduled with regards to that motion. Please inform me as quickly as possible as to whether or not I will be able to exercise my right to be heard as to this matter. Thanks very much for your cooperation and assistance to this matter.

                                    Respectfully
                                    Submitted

                                    Kenneth 7 Deputy

Date: May 22, 2008



FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

IM Kenneth T. DEPUTY
SBI# 444646 UNIT D-WEST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
Wilmington, Delaware
19801-3570