OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 29, 2008

TO:   Kenneth T. Deputy
      SBI # 144616
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**RE:   STATUS OF 08-265(SLR)**

Dear Mr. Deputy:

   This is in response to your letter received on 5/28/08 requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Sue L. Robinson
enc: Docket Sheet