TO: PETER DALLEO, Court Clerk
   UNITED STATES DISTRICT COURT
   844 N. KING STREET LOCKBOX 18
   WILMINGTON, DELAWARE 19801-3570

FROM: KENNETH T. DEPUTY
   S.B.I 144616-D-WEST
   Delaware Correctional Center
   1181 PADDOCK ROAD
   SMYRNA, DE 19977



FILED

JUL 2 2 2008

BV

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 20, 2008

RE: CIVIL No. 08-265-SLR - COMPLAINT AND MOTION
   FOR RECUSAL WAS FILED SOME THREE MONTHS
   AGO INQUIRING OF STATUS OF CASE.

Dear Court Clerk,
        I filed a civil complaint with
this Court about 3 months ago. The complaint
was fundamental in that it was based on my being
committed to D.C.C on 12/16/96 for Attempt To
Commit A Crime 11 Del. C § 531 which is clearly
not a charge in itself. Copy of the commitment
sheet was sent to this Court in my complaint, however
the State Court Officials have continually ruled that
it is a charge and that was the cause for this action.
It is my understanding that this Court was to make
a preliminary finding, as to whether the complaint
was genuine. My complaint is obviously neither
frivolous nor malicous. I don't understand why
the Court is struggling with its ruling, when
the complaint is self-explanatory. Please let me know
what is going on with this matter.
                        Sincerely
                        Kenneth T Deputy



I/M Kenneth T. Deputy
SBI# 441610 UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. King Street, Lockbox 18

Wilmington, Delaware 19801-3570