IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH T. DEPUTY,
    Plaintiff,

v.

DEPUTY ATTORNEY GENERAL
JOHN WILLIAMS, JUDGE ROBERT
B. YOUNG, JUSTICE CAROLYN
BERGER, JUSTICE RANDY HOLLAND
and JUSTICE SAUL JACOBS,
    Defendants.

CIV. NO. 08-265-SLR



FILED
JUL 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

to scanned

## MOTION FOR RECONSIDERATION

Plaintiff hereby files this Motion for Reconsideration pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

1) Plaintiff files his motion in an effort to allow the Court numerous errors of law and facts. Harsco Corp. v Zlotnicki, 779 F.2nd 906, 909 [3rd Cir. 1985]

2) Plaintiff in his civil complaint under claim 3 advised the District Court Judge that the arresting officer did not get the adult warrant and complaint filed by the Justice of the Peace Court No. #7. The Justice of the Peace Court Clerk did not file or process. This fact is evidenced by the face of the Adult Complaint and Warrant attached to civil complaint as it was not sealed or stamped by Court No. #7 as was the example warrant.

The Plaintiff has proven to the District Court Judge that no complaint was ever filed against him, so how can this Court justify the conduct or process.

3) Also the District Court overlooked the provisions in Title 42 U.S.C.A. §1986. If no complaint was filed in the Justice of the Peace Court, which it was not because I had several family members, my Mother and Sister go personally to Court 7 to obtain records from them and all three times they were told that no Adult Warrant and Complaint was filed against Kenneth T. Deputy on or about December 16, 1996. Now under §1986 contrary to Judge Robinson's opinion it clearly states §1986. Action for neglect to prevent - Every person who, having knowledge that any of the wrongs conspired to be done and mentioned in section 1985 of this title are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so [which is the case here] if such wrongful act be committed shall be liable. The District Court attempts to raise its own facts and allegations, as it contends that Plaintiff is challenging his conviction or sentence he is not, also the Court on its own alleges bad faith or malice the Plaintiff alleges that this entire process was an orchestrated conspiracy.

4) The District Court can have its own opinion but its not entitled to its own facts. And the fact that Plaintiff has shown documentary evidence that the Adult Warrant and Complaint was not filed or processed there cannot be a case therefore no jurisdiction and he is entitled to relief.
Whether the District Court believes that defendants are liable for Plaintiffs claims they are not immune to request for injunctive relief. Plaintiff is entitled to release under the law. <ins>U.S. Sct 1981</ins>.

5) The District Court Judge stated under paragraph 10 Criminal Charges: Moreover the decision of whether to prosecute and what criminal charges to bring generally rests with the prosecutor. Unfortunately Attempt to Commit A Crime Felony B is not a charge in the State of Delaware. The prosecutor must prosecute a valid criminal offense.

The District Court erred in dismissing Plaintiffs complaint also erred in failing to grant his release as requested, in his injunctive relief requested. Plaintiff also established that no complaint was properly filed against him in Count 7, the District Court's finding is in conflict, as its ruling would allow prosecutions of black defendants without the filing and processing of an arrest warrant clear error of law. Attached hereto is copy of:

1) Adult Warrant and Complaint Kenneth T. Deputy v State not filed, sealed, processed or stamped.
2) Copy of White defendants warrant and complaint filed, sealed and properly processed.
3) Copy of Status Sheet filed on 12/17/96 showing admit method number as 415, which alleges that Plaintiff was committed by the Court of Common Pleas.
4) Copy of Admit Method Chart

## CONCLUSION

Plaintiff has demonstrated in his motion for reconsideration that errors of law and facts were committed, he also has shown that no complaint was filed in Count 7 which entitles him to release as to his injunctive relief requests.

Date: July 26, 2008                                    Kenneth T. Deputy

# Certificate of Service

I, Kenneth T. Deputy, hereby certify that I have served a true And correct cop(ies) of the attached: Motion For Reconsideration and attached Exhibits upon the following parties/person (s):

TO: OFFICE OF THE Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

TO: U.S. Department of Justice
Criminal Division
950 Pennsylvania Ave.,
Washington, D.C.
20530-0001

TO: Rev Bullock/Charles Copeland
Delaware Coalition For Prison Reform
100 West Street
Wilmington, Delaware 19801

TO: N.A.A.C.P
10T and King St
Wilmington, DE
19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 26th day of July, 2008

Kenneth T. Deputy



I/M Kenneth T. Deputy
SBI# 00144616 UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

Adult
Complaint and Warrant
In the JUSTICE OF THE PEACE COURT 07
In and for the county of KENT, State of Delaware
State of Delaware vs KENNETH T DEPUTY

A

I, GREG A DONOPHAN (09353), of CAMDEN WYOMING PD do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the State of Delaware by committing criminal acts in Kent county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 3 charges, and to be further dealt with as the law directs.

_____
Affiant

SWORN TO and subscribed before me this 16 day of December A.D., 1996

_____
Judge/Master/Commissioner/Court Official

================================================================
(To be completed by Judge/Master/Commissioner/Court Official)
Jurisdiction resides in Family Court because: (Check and complete as required)
A. _____ The crime was committed by a child
B. _____ A misdemeanor was committed against a child
C. _____ A misdemeanor was committed by one family member against another family member
D. _____ Other. Explain _____
================================================================

WARRANT

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 3 charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to before me, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take KENNETH T DEPUTY accused, and bring same before JUSTICE OF THE PEACE COURT 07, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 16 day of December A.D., 1996

_____
Judge/Master/Commissioner/Court Official

Warrant executed by _P.F. Donophan_ _CWPD_ (Name/Agency) on _16th_ day of _DEC_, 19_96_.
Police Complaint No 5796002435        WR:5796000229:WR

Ex # 2

Exhibit B
Affidavit of Probable Cause

State of Delaware vs KENNETH T DEPUTY
Also known as: KENNY
Date of birth: 01/19/1957        Sex: M
Eyes: BRO          Hair: BLK        Height: 601
Accused's home add: 26 SAWYER LANE
:
: DOVER, DE 199010000

Accused's Home Ph : 7354936

Accused's employer: HANOVER FOODS
:
:

Accused's Emp Pho: 6539281
Accused's Work Hr:

Police Complaint Number: 5796002435
SBI Number: 00144616
Race: B       Accused's age: 39
Weight: 180
SOCIAL SECURITY NUMBER 221442089
Driver's License DE - 0686315

Name, Home and Work Addresses, and
Telephone Numbers of Next of Kin
or Parent/Guardian
: FRANCES WILMER
: RD 1 BOX 253B
:
: DOVER, DE 199010000
Phone: 3026972690
Work :
:
:

Relation: Vict to accused: STRANGER

Victim's Age : 24
Victim's D.O.B. : 02/27/1972
Date(s) and time(s) of offense: 12/13/1996 00:16 thru 12/13/1996 00:30
Location where offense occurred: 270 S.DUPONT HIGHWAY,SHORE STOP

Your affiant GREG A DONOPHAN can truly state that:
1- your affiant is a police officer and employed with the camden-wyoming pd.
2- on 12-13-96 your affiant was dispatched to a attempted robbery at the shore stop convenience store in camden.
3- your affiant contacted the vic who was being treated by the paramedics the vic had a laceration to the chest,cheek and to the head.
4- vic advised that the accused came into the store and demanded the money from him and was displaying a knife.
5- vic advised that the accused ran towards him and began hitting him and cut him several times with the knife.
6- the accused fled the store without obtaining any curency.
7- at the time of the attempted robbery two subjects witnessed the inceident w-2(lord,paula)and w-3(heaps,danny).
8- your affiant recieved information from dsp troop#3 that an anonymous caller called and stated that kenny deputy was talking about the robbery at the shore stop.
9- your affiant responded to troop#3 and obtained a picture of the accused kenny deputy.
10- on 12-13-96 your affiant conduted a photo line up with six photo's one of which was the accused kenny deputy.
11- the vic (baugher),w-2(lord) and w-3(heaps)picked the photo of the accused as the person who robbed the shore stop and asaulted the vic.

_____                    _____
(Affiant)                                  (Judge-Master-Commissioner-Court Official)
                                           Sworn to and subscribed before me
                                           this 16 of December, 1996

(7)

Exhibit A

State of Delaware vs KENNETH T DEPUTY
-----------------------------------------------------------------
                                        Court Case: 9612008864
-----------------------------------------------------------------
Complaint Number: 5796002435    Arrest Number: 277054   Charge Sequence: 001
Charge: ATTEMPT TO COMMIT A CRIME FELONY B
        - ENGAGE IN CONDUCT THAT CONSTITUTE A CRIME
In Violation of: 11-DE-0531-0001-F-B  2-20yr +Fine       PK-96-4133
Location of Violation: 270 S.DUPONT HIGHWAY,SHORE STOP
TO WIT: KENNETH  T DEPUTY, on or about the 13th day of December, 1996, in the
        County of Kent, State of Delaware, did enter the shore stop
        covenience store and demanded money from the clerk.during the course
        of making such demand did display and cause serious physical injury
        to the clerk useing this knife.

Complaint Number: 5796002435    Arrest Number:          Charge Sequence: 002
Charge: ASSAULT FIRST DEGREE
        -INTENTIONAL SERIOUS INJURYWEAPON DANGEROUS INSTRUMENT
In Violation of: 11-DE-0613-00A1-F-C  0-10yr +Fine       PK-96-4134
Location of Violation: 270 S.DUPONT HIGHWAY,SHORE STOP
TO WIT: KENNETH  T DEPUTY, on or about the 13th day of December, 1996, in the
        County of Kent, State of Delaware, did intentionally cause serious
        physical injury to CAHRLES BAUGHER by means of a deadly weapon by
        cutting the vic in the head ,cheek,and chest with a knife .

Complaint Number: 5796002435    Arrest Number:          Charge Sequence: 003
Charge: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY
In Violation of: 11-DE-1447-0000-F-B  2-20yr +Fine       PK-96-4135
Location of Violation: 270 S.DUPONT HIGHWAY,SHORE STOP
TO WIT: KENNETH  T DEPUTY, on or about the 13th day of December, 1996, in the
        County of Kent, State of Delaware, did knowingly possess a deadly
        weapon during the commission of a felony by possessing knife, a
        deadly weapon, during the commission of attempted robbery

D-10

EX #3

08/01/2002  13:27    5717729                NEW CASTLE COUNTY PD                PAGE  01

Adult
Complaint and Warrant
In the Justice of the Peace Court
In and for the State of Delaware
State of Delaware vs TERRENCE A DOWNS

I, JENNIFER L FALKOWSKI do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the State of Delaware by committing criminal acts in New Castle county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 1 charge, and to be further dealt with as the law directs.

X _Jennifer Falkowski_
Affiant

SWORN TO and subscribed before me this 15 day of January A.D. 2002

Judge/Master/Commissioner/Court Official

========================================================================
(To be completed by Judge/Master/Commissioner/Court Official)
Jurisdiction resides in Family Court because:   (Check and complete as required)
A. _____  The crime was committed by a child
B. _____  A misdemeanor was committed against a child
C. _____  A misdemeanor was committed by one family member against another family member
D. _____  Other. Explain _____

========================================================================
WARRANT

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 1 charge, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take TERRENCE A DOWNS accused, and bring same before

JUSTICE OF THE PEACE COURT 11, FORTHWITH, to answer said charge.

GIVEN UNDER MY HAND, this 15 day of January A.D., 2002

Judge/Master/Commissioner/Court Official

Warrant executed by J. KOPANSKI NCCPD 2578 (Name/Agency) on 01 day of AUG , 2002.
Police Complaint No 3201126580         WR:K1C2000546:WR

JUSTICE OF THE PEACE COURT No. #7
516 W. Lockerman Street
Dover, Delaware 19904

Kenneth T. Deputy
00144616, 18-D-5-L
D.C.C.
1181 Paddock Road
Smyrna, De 19977

November 8, 2001

RE: REQUESTING NAME OF JUDICAL OFFICER WHO ARRAIGNED ME ON DECEMBER 16, 1996, AND SET BAIL FOR "ATTEMPT TO COMMIT A CRIME."

Dear

   I am writing this court for verification of the Judicial OFFICER WHO arraigned me on December 16, 1996. I want the name of the court official who set 30,000 dollar bail for "Attempt To Commit A Crime" on December 16, 1996. Your cooperation will be greatly appreciated.

                                         Sincerely
                                         Kenneth T Deputy

11-13-01
Mr. Deputy,
   The Judge on duty says that you need to direct any inquiries to Kent County Superior Court.
        If you have any questions, please call 739-3184
Superior Ct.
        Thank you
        J. Tibbetts  Court Clerk

Exhibit (D-1)

```
QCPD CQ08                     CLIENT STATUS SHEET                      12/17/96
Name: DEPUTY, KENNETH T                               SBI: 00144616
AKA'S:                                        Security Codes:
                                              P&P OFFICER:
                                              001 NO OFFICER

Addr: 26 SAWYER LANE
      DOVER, DE 19901-0000 K

Race/EO: B BLACK            NON-HISPANIC         Religion: 03 NO PREFERENCE
Age: 39      DOB: 01/19/1957   POB: DE           M/S: 1 SINGLE
Hgt: 601     Wgt: 180         Hair: BLK         Eyes: BRO        Skin: MED
SMT: SC LF ARM

========================= Emergency Information =========================
  WILMER, FRANCES                              Relationship: PARENT (MOTHER OR
  RD 1 BOX 233B                                Phone: 302-697-2690
  DOVER, DE 19901-0000
========================== Current Status ==========================
Facility: 02 DCC              Commit Status: 01  DETENTIONER HOLD
Received: 12/17/1996          Admit Method: 415  FROM HELD FOR TRIAL (INCLUDE M
Sent Date:    16-TBD                             COURT OF COMMON PLEAS
Court No: 9612008864          (Judge)
Pending Chgs:  3              No. Sent:  0       Sent Type: 0
Offense: DE 11 0531 0001 F B ATT. FELONY B
Orig. Admit Date: 12/17/1996

========================= Sentence Information =========================
    Statute       NCIC Cat Judge         Court                     Case#
  ATT. FELONY B             NOT ON TBL JUSTICE OF THE PEACE COURT 07  9612008864
  ASSAULT 1ST               NOT ON TBL JUSTICE OF THE PEACE COURT 07  9612008864
  PDWDCF                    NOT ON TBL JUSTICE OF THE PEACE COURT 07  9612008864
=====================================================================
           YYY  MMM  DDD      Date              Effective
Max Full Term
Good Time
Balance of Time
                                     Parole Elig Date:

Indefinite Life Death No Rehearing Parole Inelig. 4104/4105 Mandatory

                       Costs       Restitution         Bail
                                                    $ 70,000.00
                                 in Camp

===================== Special Conditions =====================
                  LT OF BAIL.


===================== Release Information =====================
           YYY  MMM  DDD.D    Released to Whom?
```

(5)

# Admit Method Chart
Refer to client status sheet dated 12/17/96

(1) **Justice of the Peace Court No. 7.**
Committed in default of Bail = 419
Sentenced by Justice of the Peace = 119

(2) **Court of Common Pleas**
Committed in default of Bail = 415
Sentenced by Court of Common Pleas = 115

(3) **Superior Court Kent County Delaware**
Committed in default of Bail = 414
Sentenced by Superior Court = 114

Exhibit (W)

also see grievance Response dated 1/28/98 from prison officials in Delaware

**D-19**

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE

STATE OF DELAWARE IN AND FOR KENT COUNTY

COURT NO. 7

COMMITMENT



The State of Delaware

Kent County, ss.

To any constable and to the Department of Correction of the said State and County:

THIS IS TO COMMAND YOU, the said constable, forthwith to convey and deliver into custody of the Department of Correction of DCC in New Castle County the body of KENNETH T DEPUTY charged before said Justices of the Peace Court 7 on oath by GREG A DONOPHAN with violation of the below stated offenses of the Delaware Code of 1953 as amended.

AND WHEREAS, by my judgement the said defendant is committed in default of $ 70,000 secured bail. Appearance in Kent County Court of Common Pleas for PRELIMINARY HEARING on Friday December 20, 1996 at 09:00 AM

AND YOU, the said Department of Correction, are hereby required to receive the said defendant into your custody and him safely keep, until he be thence delivered by due course of law.

GIVEN under my hand and seal this 16 day of December, A.D. 1996.

_____ (Seal)
Justice of the Peace

The total number of charges is 3

| Crim Act No | Case No | Statute | Offense | Amount of Bail |
|---|---|---|---|---|
| | J7-9612008864-001 | 11:0531:0001:F:B | ATTEMPT TO COMMIT A CRIME FELONY | 30,000 |
| | J7-9612008864-002 | 11:0613:00A1:F:C | ASSAULT FIRST DEGREE | 10,000 |
| | J7-9612008864-003 | 11:1447:0000:F:B | POSSESSION OF A DEADLY WEAPON DUR | 30,000 |

NAME: KENNETH T DEPUTY    SBI: 00144616 / 01    SEX: M    RACE: B    DOB: 01/19/1957



U.S. Department of Justice

United States Attorney's Office
District of Delaware

Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

October 30, 1997

Kenneth T. Deputy
SBI No. 00144616
Unit Pretrial A-27
Delaware Correctional Center
Smyrna, Delaware 19977

Re: Your Letter Dated October 24, 1997

Dear Mr. Deputy:

I have read your two page letter dated October 24, 1997. We are not going to conduct any investigation into your allegations. First, you allege you were illegally convicted on September 18, 1997. It appears as though the basis for that is in part the fact that you say you were convicted of "attempt to commit a crime," and that is not a charge in the State of Delaware. That is a matter you can raise on appeal. Second, your less specific allegations can also probably be raised on appeal. Third, to the extent that you allege that the judges, the police, the prosecutors, and the public defenders are involved in a conspiracy against you, you do not provide any evidence to back up that claim, and therefore, we will not investigate it.

I also note that you claim that the United States Attorney was either "bribed" or "extorted" to ignore this corruption. Obviously, we cannot investigate ourselves and I would respectfully suggest that if you want to pursue that you should write to the Public Integrity Section of the United States Department of Justice, ATTN: Chief Lee J. Radek, Room 1200, Bond Building, Washington, D.C. 20530, telephone 202-514-1412.

Yours very truly,

GREGORY M. SLEET
United States Attorney

BY: 
Richard G. Andrews
Assistant United States Attorney

RGA:slb

D-12