IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH T. DEPUTY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-265-SLR |
| | ) |
| DEPUTY ATTORNEY GENERAL | ) |
| JOHN WILLIAMS, JUDGE ROBERT | ) |
| B. YOUNG, JUSTICE CAROLYN | ) |
| BERGER, JUSTICE RANDY | ) |
| HOLLAND, and JUSTICE JACK | ) |
| JACOBS, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of August, 2008, having considered plaintiff's motion for reconsideration;

IT IS ORDERED that the motion (D.I. 13) is **denied** for the following reasons:

1. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. See id.

2. Plaintiff argues, as one of his grounds for reconsideration, that the court overlooked the claim raised under 42 U.S.C. § 1986. The court found that all

defendants were immune from suit. In order to state a claim under § 1986, there must be a cognizable 42 U.S.C. 1985 claim. Robison v. Canterbury Vill., Inc., 848 F.2d 424, 431 n. 10 (3d Cir. 1988); Brawer v. Horowitz, 535 F.2d 830, 841 (3d Cir. 1976). Inasmuch as plaintiff failed to allege a cognizable § 1985 violation, there was no need for the court to address any alleged claim under § 1986. Plaintiff's other grounds for reconsideration do not merit discussion.

    3. Plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's July 21, 2008 order dismissing plaintiff's case.

                                                                     _____
                                                                       UNITED STATES DISTRICT JUDGE